479 A.2d 1121

Commonwealth v. Henderson, Appellant.

Submitted March 23, 1984. John H. Corbett, Jr., Public Defender, for appellant; Dara A. DeCourcey, Assistant District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Affirmed.

479 A.2d 1121

Commonwealth v. Land, Appellant.

Submitted April 10, 1984. Michael W. Zurat, for appellant; Edward M. Clark, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

The February 17, 1982 judgment of sentence is affirmed.